THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Boyce Travon Suber       
Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-036
Submitted November 19, 2003 – Filed January 20, 2004 

 

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Boyce Travon Suber was indicted 
 of and subsequently convicted of possession of crack cocaine with intent to 
 distribute.  Suber’s appellate counsel submitted a petition to be relieved as 
 counsel, stating he has reviewed the record and has concluded Suber’s appeal 
 is without merit.  Suber did not file a pro se brief with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Suber’s appeal and 
 grant counsel’s motion to be relieved. [1] 
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1]
   
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2),
 SCACR.